UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wendy Brown-Hasaj,

        Plaintiff,

v.

Best Buy Stores, L.P.,

        Defendant.

Case No. 19-cv-0554 (WMW/BRT)

**ORDER FOR DISMISSAL
WITH PREJUDICE**

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Dkt. 14), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 10, 2019
                              s/Wilhelmina M. Wright
                              Wilhelmina M. Wright
                              United States District Judge