# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Wendy Brown-Hasaj | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs | |
| v. | Case Number: 19cv554 WMW/BRT |
| Best Buy Stores, L.P. | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and without costs or disbursements awarded to any party.

Date: 5/13/2019                 KATE M. FOGARTY, CLERK

                          s/Jackie Ellingson
                      (By)   Jackie Ellingson, Deputy Clerk